# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Chris Allen Jones,

       Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                               3:12-cv-288

Michael Kolb,

       Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 11, 2012 Order.

                                                   Signed: June 11, 2012

                                                   *[Signature]*

                                                   Frank G. Johns, Clerk
                                                   United States District Court