# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| CHRIS ALLEN JONES, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:12cv288-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL KOLB, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 11, 2012 Order.

June 11, 2012

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court